1 | **MAYALL HURLEY P.C.**
**ROBERT J. WASSERMAN (SBN: 258538)**
2 | rwasserman@mayallaw.com
**WILLIAM J. GORHAM (SBN: 151773)**
3 | wgorham@mayallaw.com
**JENNY D. BAYSINGER (SBN: 251014)**
4 | jbaysinger@mayallaw.com
5 | **2453 Grand Canal Boulevard**
**Stockton, California 95207-8253**
6 | **Telephone: (209) 477-3833**
**Facsimile: (209) 473-4818**
7 |

8 | Attorneys for Plaintiff Rudy Gonzalez

9 | **EVAN R. MOSES, SBN 198099**
evan.moses@ogletree.com
10 | **MICHAEL J NADER, SBN 200425**
mnader@ogletree.com
11 | **OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**
**400 South Hope Street, Suite 1200**
12 | **Los Angeles, CA 90071**
**Telephone:   213-239-9800**
13 | **Facsimile:    213-239-9045**

14 | Attorneys for Defendants
**XTREME MANUFACTURING, LLC**

15 |

16 | **UNITED STATES DISTRICT COURT**

17 | **EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RUDY GONZALEZ, an individual, | Case No.: 1:20-CV-01704-NONE-SKO |
| Plaintiff, | **JOINT STIPULATION AND ORDER GRANTING PLAINTIFF RUDY GONZALEZ LEAVE TO FILE FIRST AMENDED CLASS ACTION COMPLAINT** |
| v. | |
| XTREME MANUFACTURING, LLC, a limited-liability corporation; and DOES 1-100, inclusive, | (Doc. 7) |
| Defendants. | |

Stipulation and Order
Page 1

This Joint Stipulation is made and entered into by and between Plaintiff Rudy Gonzalez ("Gonzalez") and Defendant Xtreme Manufacturing, LLC, ("Xtreme") (collectively, the "Parties") by and through their respective counsel of record.

WHEREAS, the Parties agree that filing the attached First Amended Class Action Complaint (the "FAC") attached hereto as Exhibit A is appropriate and just pursuant to Federal Rules of Civil Procedure Rule 15, subdivision (a)(2) and Xtreme consents thereto;

WHEREAS, good cause exists to grant leave to amend in that the Parties do not wish to engage in law and motion practice on the issue and filling of the FAC will not prejudice Defendant.

WHEREAS, by entering into this Stipulation and affording it consent to filing of the FAC, Xtreme shall not be deemed to have consented to the viability or merit of any claim or cause of action asserted in the FAC and shall retain its right to attack such claims through whatever procedural avenues may be available.

**IT IS SO STIPULATED.**

**DATED:** February 19, 2021                **MAYALL HURLEY P.C.**

By        */ s /  Robert J. Wasserman*
              ROBERT J. WASSERMAN
              JENNY D. BAYSINGER
              Attorneys for Plaintiff and the Putative

DATED: February 19, 2021                OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: /s/ *Michael J. Nader*
     Evan R. Moses
     Michael J. Nadre
     Attorneys for Defendant
     XTREME MANUFACTURING, LLC

*Plaintiff obtained Defendant's counsel's permission to affix their electronic signatures on this joint stipulation*

Stipulation and Order
Page 2

**ORDER**

Based on the Parties' above stipulation (Doc. 7), and for good cause shown, IT IS HEREBY ORDERED that Plaintiff is granted leave to file the First Amended Class Action Complaint attached as Exhibit A to the stipulation (*see* Doc. 7).  Defendant shall have twenty-one (21) days from the filing of the amended complaint to file a responsive pleading.

IT IS SO ORDERED.

Dated:   **February 22, 2021**                    /s/ *Sheila K. Oberto*
                                        UNITED STATES MAGISTRATE JUDGE

Stipulation and Order
Page 1