EVAN R. MOSES, SBN 198099
evan.moses@ogletree.com
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
400 South Hope Street, Suite 1200
Los Angeles, CA 90071
Telephone: 213-239-9800
Facsimile: 213-239-9045

MICHAEL J. NADER, SBN 200425
michael.nader@ogletree.com
RABIA Z. REED, SBN 317288
rabia.reed@ogletree.com
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
500 Capitol Mall, Suite 2500
Sacramento, CA 95814
Telephone: 916-840-3150
Facsimile: 916-840-3159

Attorneys for Defendant XTREME
MANUFACTURING, LLC

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUDY GONZALEZ, an individual,<br><br>        Plaintiff,<br><br>  v.<br><br>XTREME MANUFACTURING, LLC, a limited-liability corporation; and DOES 1-100, inclusive,<br><br>        Defendants. | Case No. 1:20-cv-01704-NONE-SKO<br><br>**ORDER STAYING ACTION PENDING MEDIATION**<br><br>(Doc. 15)<br><br>Complaint Filed: December 4, 2020<br>Trial Date:      None Set<br><br>Magistrate Judge: Hon. Sheila K. Oberto<br>                                 Courtroom 7, Fresno |

On June 15, 2021, the Parties filed a Stipulation to Request Stay of Action Pending Mediation (the "Stipulation"), requesting that the Court stay all dates and deadlines until at least 30 days after their mediation scheduled for September 7, 2021. (Doc. 15.) Pursuant to the Stipulation, and for good cause shown, IT IS HEREBY ORDERED as follows:

1. All court dates and deadlines associated with the above-referenced action are stayed until after the Parties complete their September 7, 2021 mediation; and

2. The statute of limitations for claims of unnamed collective action members who worked for Defendant from December 4, 2017 forward and who earned commissions, non-discretionary bonuses and/or other items of compensation during a workweek when he/she also worked more than forty (40) hours on at least one occasion after December 4, 2017, as outlined in 29 U.S.C. §§ 255–256, is hereby equitably tolled from May 6, 2021 until sixty (60) calendar days after the scheduled September 7, 2021 mediation; and

3. In the event the case is not resolved, the Parties shall file a status report updating the Court on the outcome of the mediation and the status of the case **by no later than September 14, 2021**. The dates and deadlines relating to class certification in the Scheduling Order (Doc. 14) shall remain as set absent a court-approved stipulation.

IT IS SO ORDERED.

Dated: **June 17, 2021**  /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE