1  EVAN R. MOSES, SBN 198099
   evan.moses@ogletree.com
2  OGLETREE, DEAKINS, NASH,
   SMOAK & STEWART, P.C.
3  400 South Hope Street, Suite 1200
   Los Angeles, CA  90071
4  Telephone:  213-239-9800
   Facsimile:  213-239-9045
5
   MICHAEL J. NADER, SBN 200425
6  michael.nader@ogletree.com
   RABIA Z. REED, SBN 317288
7  rabia.reed@ogletree.com
   OGLETREE, DEAKINS, NASH,
8  SMOAK & STEWART, P.C.
   500 Capitol Mall, Suite 2500
9  Sacramento, CA  95814
   Telephone:  916-840-3150
10 Facsimile:  916-840-3159

11 Attorneys for Defendant XTREME
   MANUFACTURING, LLC
12
## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUDY GONZALEZ, an individual,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>XTREME MANUFACTURING, LLC, a limited-liability corporation; and DOES 1-100, inclusive,<br><br>　　　　Defendants. | Case No. 1:20-cv-01704-NONE-SKO<br><br>**SECOND JOINT STIPULATION TO REQUEST STAY OF ACTION PENDING MEDIATION; ORDER**<br><br>(Doc. 17)<br><br>Complaint Filed: December 4, 2020<br>Trial Date:　　　 None Set<br>Magistrate Judge: Hon. Sheila K. Oberto<br>　　　　　　　　　 Courtroom 7, Fresno |

This stipulation is entered into by and between Plaintiff RUDY GONZALEZ ("Plaintiff") and Defendant XTREME MANUFACTURING, LLC ("Defendant") (collectively, the "Parties"), by and through their undersigned counsel of record, with reference to the following facts and recitals:

WHEREAS, Plaintiff filed a putative Class Action Complaint in the Eastern District of California on December 4, 2020 (the "Action").  On February 22, 2021, Plaintiff filed a First Amended Class Action Complaint ("FAC") in the Action;

WHEREAS, the operative FAC contains claims for alleged violations of the Fair Labor Standards Act ("FLSA"), 29 U.S.C. §§ 201, *et seq.*;

WHEREAS, in an effort to resolve this Action, the Parties agreed to engage in private mediation on September 7, 2021, with an experienced wage and hour class action mediator, Lou Marlin;

WHEREAS, on June 15, 2021, the Parties filed a joint stipulation and proposed order to stay this action pending mediation;

WHEREAS, on June 17, 2021, the Honorable United States Magistrate Judge Sheila K. Oberto signed an order staying pending case deadlines subject to the Parties agreed upon mediation date of September 7, 2021;

WHEREAS, the Parties previously agreed, and continue to agree, to jointly request the Court to stay the action to enable the Parties to allocate their resources towards a potentially successful mediation and resolution of the action; and

WHEREAS, the Parties have agreed to move mediation to November 23, 2021 to ensure adequate time for informal discovery exchange, data analysis, and preparation for a meaningful settlement effort.

IT IS THEREFORE STIPULATED AND AGREED, by and between the undersigned counsel as follows:

1. The Parties jointly request the Court to stay the Action and all court dates and deadlines until at least 30 calendar days after the November 23, 2021 mediation date.

2. Defendant consents to an order equitably tolling the statute of limitations under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. §§ 255-256, as to the alleged claims for overtime and

1  liquidated damages of all unnamed current and former hourly, non-exempt employees of Defendant
2  who earned commissions, non-discretionary bonuses and/or other items of compensation during a
3  workweek when he/she also worked more than forty (40) hours on at least one occasion from
4  December 4, 2017 forward from May 6, 2021 until sixty (60) calendar days after the November 23,
5  2021 scheduled mediation date.

**IT IS SO STIPULATED.**

DATED:  September 1, 2021                MAYALL HURLEY P.C.

By:  /s/ Jenny D. Baysinger
Robert J. Wasserman, Esq.
William J. Gorham, Esq.
Jenny D. Baysinger, Esq.

Attorneys for Plaintiff
RUDY GONZALEZ

DATED:  September 1, 2021                OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By:  /s/ Rabia Z. Reed
Evan R. Moses
Michael J. Nader
Rabia Z. Reed

Attorneys for Defendant XTREME MANUFACTURING, LLC

**ORDER**

On September 1, 2021, the Parties filed the above Second Joint Stipulation to Request Stay of Action Pending Mediation (the "Stipulation"), requesting that the Court stay all dates and deadlines until after their mediation, which has been re-scheduled for November 23, 2021. (Doc. 17.) Pursuant to the Stipulation, and for good cause shown, IT IS HEREBY ORDERED as follows:

1. All court dates and deadlines associated with the above-referenced action are stayed until after the Parties complete their November 23, 2021, mediation; and

2. The statute of limitations for claims of unnamed collective action members who worked for Defendant from December 4, 2017 forward and who earned commissions, non-discretionary bonuses and/or other items of compensation during a workweek when he/she also worked more than forty (40) hours on at least one occasion after December 4, 2017, as outlined in 29 U.S.C. §§ 255-256, is hereby equitably tolled from May 6, 2021 until sixty (60) calendar days after the scheduled November 23, 2021 mediation; and

3. In the event the case is not resolved, the Parties shall file a status report updating the Court on the outcome of the mediation and the status of the case **by no later than November 30, 2021**. The dates and deadlines relating to class certification in the Scheduling Order (Doc. 14) shall remain as set absent a court-approved stipulation.

IT IS SO ORDERED.

Dated:   **September 2, 2021**          /s/ *Sheila K. Oberto*
                                        UNITED STATES MAGISTRATE JUDGE