EVAN R. MOSES, SBN 198099
evan.moses@ogletree.com
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
400 South Hope Street, Suite 1200
Los Angeles, CA 90071
Telephone: 213-239-9800
Facsimile: 213-239-9045

MICHAEL J. NADER, SBN 200425
michael.nader@ogletree.com
RABIA Z. REED, SBN 317288
rabia.reed@ogletree.com
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
500 Capitol Mall, Suite 2500
Sacramento, CA 95814
Telephone: 916-840-3150
Facsimile: 916-840-3159

Attorneys for Defendant XTREME
MANUFACTURING, LLC

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RUDY GONZALEZ, an individual,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>XTREME MANUFACTURING, LLC, a limited-liability corporation; and DOES 1-100, inclusive,<br><br>　　　　Defendants. | Case No. 1:20-cv-01704-NONE-SKO<br><br>**ORDER**<br><br>**(Doc. 23)**<br><br>Complaint Filed: December 4, 2020<br>Trial Date:　　　None Set<br>Magistrate Judge: Hon. Sheila K. Oberto<br>　　　　　　　　Courtroom 7, Fresno |

**ORDER**

Good cause appearing and pursuant to the parties' agreement and stipulation (Doc. 23), the Court's Scheduling Order (Dkt. No. 14) shall be modified as follows:

| Matter | Existing Date | New Date |
| --- | --- | --- |
| Class Certification Discovery Cut-Off | January 14, 2022 | June 14, 2022 |
| Last Day to File Motion for Class Certification | January 31, 2022 | July 5, 2022[1] |
| Opposition to Motion for Class Certification | March 2, 2022 | August 2, 2022 |
| Reply to Opposition to Motion for Class Certification | March 23, 2022 | August 23, 2022 |
| Motion for Class Certification | March 30, 2022 9:30 a.m. Courtroom 7 | August 31, 2022 9:30 a.m. Courtroom 7 |
| Further Status Conference | July 28, 2022 9:30 a.m. Courtroom 7 | November 30, 2022 9:30 a.m. Courtroom 7 |

IT IS SO ORDERED.

Dated:   **January 5, 2022**                    /s/ *Sheila K. Oberto*
                                                                 UNITED STATES MAGISTRATE JUDGE

---

[1] A the parties' requested date falls on a Saturday, the date has been adjusted to the following business day.