# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUDY GONZALEZ, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>XTREME MANUFACTURING, LLC, et al.,<br><br>Defendants. | Case No.: 1:20-cv-01704 JLT SKO<br><br>ORDER DISCHARGING THE ORDER TO SHOW CAUSE DATED NOVEMBER 3, 2022<br>(Doc. 32)<br><br>ORDER APPROVING THE REVISED CLASS NOTICE<br>(Doc. 33) |

On November 3, 2022, the Court ordered the parties to show cause why sanctions should not be imposed for failing to submit a revised class notice to the Court as required in the order granting preliminary approval of the class settlement. (Doc. 32.) In response, the parties were directed to file the revised notice. (Doc. 32.) Jenny Baysinger, Class Counsel, responded to the Court's order and reports the parties met and conferred regarding the required revisions. (Doc. 33.) Plaintiff submitted the revised class notice simultaneously with the response on November 4, 2022. (*Id.* at 4-11.)

Review of the class notice indicates it includes the revisions required by the Court. In addition, the class notice contains the information required by Rule 23 of the Federal Rules of Civil Procedure, including: the nature of the action, the settlement class preliminarily certified by the Court, the claims to be resolved, representation by counsel, how a class member may comment or object to the settlement, deadlines for responses, and the binding effect of a class judgment.

///

Accordingly, the Court **ORDERS**:

1. The order to show cause dated November 3, 2022 (Doc. 32) is **DISCHARGED**.
2. The revised Class Notice (Doc. 33, Exh. 1) is **APPROVED**.

IT IS SO ORDERED.

Dated:   **November 8, 2022**

UNITED STATES DISTRICT JUDGE